■ THE PEOPLE OF THE STATE OF NEW YORK v. WILKEN McCREA.— Motion for leave to appeal as a poor person denied. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■ In the Matter of MARY DE GROOF v. JOSEPH J. CAPUTA, as State Rent Administrator.— Motion for an extension of time granted insofar as to extend the time for petitioner-appellant to serve and file the record on appeal and appellant's points to and including August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ WALDON PRESS, INC. v. FOURTH WASHINGTON SQUARE OWNING CORPORATION.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

■ MARLEENE MATIAS, an Infant, by RICARDO MATIAS, Her Guardian ad Litem, et al., v. NEW YORK CITY HOUSING AUTHORITY.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

■ In the Matter of ERIC J. PHINN v. ANNA M. KROSS, as Commissioner of the Department of Correction of the City of New York.— Motion to dispense with printing granted insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the Corporation Counsel of the City of New York and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

■ In the Matter of GABRIEL R. MOTTO v. THEODORE H. LANG et al., Constituting the Department of Personnel, Civil Service Commission, City of New York, et al.— Motion to dispense with printing granted only insofar as to dispense with the printing of the record on appeal and to permit the appeal to be heard upon the original record, without printing the same, but upon printed appellant's points. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

■ RAYMONDE REINAS v. MATTHEW McGEE.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

■ In the Matter of the Arbitration between INGARDIA CONSTRUCTION CO., INC., and DYKER BUILDING CO., INC.— Motion to dismiss appeal granted, with $10 costs, unless the respondent-respondent-appellant procures its appellant's points to be served and filed on or before April 25, 1961, with notice of argument for the June 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

■ KATHERINE VISKOVITCH v. JOHN CARTMEL, JR.— Motion to dismiss appeal granted. In all other respects the motion is denied. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.